Same case below, 347 Fed. Appx. 934.

**No. 09-9413. Maurice Wellons, Petitioner v. United States.**

559 U.S. 1055, 130 S. Ct. 2364, 176 L. Ed. 2d 573, 2010 U.S. LEXIS 3038.

April 5, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 09-9417. Byron Javonne Deloatch, Petitioner v. United States.**

559 U.S. 1055, 130 S. Ct. 2364, 176 L. Ed. 2d 573, 2010 U.S. LEXIS 2984.

April 5, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

**No. 09-9419. Anthony Stanley, Petitioner v. United States.**

559 U.S. 1055, 130 S. Ct. 2364, 176 L. Ed. 2d 573, 2010 U.S. LEXIS 2960.

April 5, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 351 Fed. Appx. 69.

**No. 09-9420. Matthew David Stymiest, Petitioner v. United States.**

559 U.S. 1055, 130 S. Ct. 2364, 176 L. Ed. 2d 573, 2010 U.S. LEXIS 2976.

April 5, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 581 F.3d 759.

**No. 09-9421. Richard A. Smith, Jr., Petitioner v. United States.**

559 U.S. 1055, 130 S. Ct. 2364, 176 L. Ed. 2d 573, 2010 U.S. LEXIS 2957.

April 5, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 339 Fed. Appx. 299.

**No. 09-9428. Jose Ruvalcaba, Petitioner v. United States.**

559 U.S. 1055, 130 S. Ct. 2364, 176 L. Ed. 2d 573, 2010 U.S. LEXIS 2970.

April 5, 2010. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

**No. 09-9430. Tyrone Santos, Petitioner v. United States.**

559 U.S. 1055, 130 S. Ct. 2365, 176 L. Ed. 2d 573, 2010 U.S. LEXIS 3081.

April 5, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 589 F.3d 759.

**No. 09-9431. Richard Booth, Petitioner v. West Virginia.**

559 U.S. 1055, 130 S. Ct. 2365, 176 L. Ed. 2d 573, 2010 U.S. LEXIS 3094.

April 5, 2010. Petition for writ of certiorari to the Supreme Court of Appeals of West Virginia denied.

Same case below, 224 W. Va. 307, 685 S.E.2d 701.

**No. 09-9433. Walter Brown, Petitioner v. United States.**

559 U.S. 1056, 130 S. Ct. 2365, 176 L. Ed. 2d 573, 2010 U.S. LEXIS 2938,

April 5, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 359 Fed. Appx. 513.